## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Spears, Vanessa

Printed:  6/24/08

Case Number:  05 B 16648
Judge:  Squires, John H
Filed:  4/27/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  May 16, 2008
Confirmed:  June 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 28,657.67 |  |
| Secured: |  | 6,216.03 |
| Unsecured: |  | 18,475.34 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,000.00 |
| Trustee Fee: |  | 1,291.11 |
| Other Funds: |  | 1,675.19 |
| Totals: | 28,657.67 | 28,657.67 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,000.00 | 1,000.00 |
| 2. | MTGLQ Investors LP | Secured | 0.00 | 0.00 |
| 3. | MTGLQ Investors LP | Secured | 0.00 | 0.00 |
| 4. | Mazda American Credit | Secured | 6,216.03 | 6,216.03 |
| 5. | Charming Shoppes-Fashion Bug | Unsecured | 1,035.23 | 1,035.23 |
| 6. | Jefferson Capital | Unsecured | 2,453.51 | 2,453.51 |
| 7. | Household Financial Corporation | Unsecured | 3,257.82 | 3,257.82 |
| 8. | Card Holder Services | Unsecured | 1,518.26 | 1,518.27 |
| 9. | American General Finance | Unsecured | 2,247.92 | 2,247.92 |
| 10. | World Financial Network Nat'l | Unsecured | 2,013.89 | 2,013.89 |
| 11. | B-Line LLC | Unsecured | 3,091.00 | 3,091.00 |
| 12. | ECast Settlement Corp | Unsecured | 2,857.70 | 2,857.70 |
| 13. | Eddie Bauer | Unsecured |  | No Claim Filed |
| 14. | Sherman Acquisition | Unsecured |  | No Claim Filed |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | SBC | Unsecured |  | No Claim Filed |
| 17. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,691.36 | $ 25,691.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 159.23 |
| 5.5% | 530.46 |
| 5% | 177.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Spears, Vanessa

Printed:  6/24/08

Case Number:  05 B 16648

Judge:  Squires, John H

Filed:  4/27/05

| | |
|---|---|
| 4.8% | 292.37 |
| 5.4% | 117.48 |
| 6.5% | 13.93 |
| | _____ |
| | $ 1,291.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: